JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STREET, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, ET AL. <br><br> Defendants. | CASE NO. 18-cv-7805 – GW (JEMx) <br> *[Assigned to the Hon. George H. Wu – Courtroom 9D]* <br><br> [~~PROPOSED~~] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE <br><br> **Complaint Filed: November 27, 2018** <br><br> **Trial Date:       September 22, 2020** |

Based upon the Stipulation between the parties and their respective counsek, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: __March 2__, 2021

By: _/s/ George H. Wu_
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

21501

1

[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE